1  LAWRENCE G. BROWN
   Acting United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   LEO R. MONTENEGRO
4  Special Assistant United States Attorney

5      333 Market Street, Suite 1500
       San Francisco, California 94105
6      Telephone: (415) 977-8943
       Facsimile: (415) 744-0134
7      E-Mail: Leo.R.Montenegro@ssa.gov

8  Attorneys for Defendant

9                       UNITED STATES DISTRICT COURT

10                     EASTERN DISTRICT OF CALIFORNIA

11                             FRESNO DIVISION

13  DONALD SHINN,                    )
                                     )   CIVIL NO. 1:08-CV-01644-SMS
14         Plaintiff,                )
                                     )
15         v.                        )   STIPULATION AND ORDER FOR
                                     )   REMAND PURSUANT TO SENTENCE SIX
16  MICHAEL J. ASTRUE,               )   OF 42 U.S.C. § 405(g)
    Commissioner of                  )
17  Social Security,                 )
                                     )
18         Defendant.                )
    _____)

   IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence six of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g), because the Commissioner cannot locate the recording of the administrative hearing.

   On remand, the Commissioner will continue searching for the missing recording of the administrative hearing. If the Commissioner cannot locate the missing recording within a reasonable amount of time, the Appeals Council will remand the case for a new hearing.

   Further, Defendant agrees to file with the Court and serve on Plaintiff a Status Report every 90

days from the date this order is filed with the Court in the event that the recording cannot be located within that time period.

Respectfully submitted,

Dated: March 12, 2009

/s/ Laura Krank
(As authorized via e-mail)
LAURA KRANK
Attorney for Plaintiff

Dated: March 13, 2009

LAWRENCE G. BROWN
Acting United States Attorney
LUCILLE GONZALES MEIS
Chief Counsel, Region IX
Social Security Administration

/s/ Leo R. Montenegro
LEO R. MONTENEGRO
Special Assistant U.S. Attorney

IT IS SO ORDERED.

**Dated:     March 18, 2009**          **/s/ Sandra M. Snyder**
UNITED STATES MAGISTRATE JUDGE