BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
LEO R. MONTENEGRO
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8943
    Facsimile:  (415) 744-0134
    E-Mail: Leo.R.Montenegro@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| DONALD SHINN,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | CIVIL NO. 1:08-CV-01644-SMS<br><br>STIPULATION TO REOPEN FOR THE PURPOSE OF ENTERING JUDGMENT AND<br><br>ORDER ENTERING JUDGMENT IN FAVOR OF PLAINTIFF AND AGAINST DEFENDANT |

<u>STIPULATION</u>

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that this action be reopened for the purpose of entering judgment for Plaintiff.  The Court had ordered this case remanded pursuant to sentence six of 42 U.S.C. § 405(g), so that Defendant could either locate the recording of the administrative hearing or, in the alternative, conduct a new hearing on the application for benefits at issue in the instant case [Docket No. 12].  On remand, a new hearing was held, and Defendant ultimately found Plaintiff to be disabled (<u>see</u> attached ALJ's decision).

Case 1:08-cv-01644-SMS   Document 18   Filed 09/10/10   Page 2 of 2

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: August 18, 2010 | /s/ Laura Krank<br>(As authorized via e-mail)<br>LAURA KRANK<br>Attorney for Plaintiff |
| Dated: September 2, 2010 | BENJAMIN B. WAGNER<br>United States Attorney<br>LUCILLE GONZALES MEIS<br>Chief Counsel, Region IX<br>Social Security Administration |
|  | /s/ Leo R. Montenegro<br>LEO R. MONTENEGRO<br>Special Assistant U.S. Attorney |

## ORDER

IT IS HEREBY ORDERED, pursuant to the parties' stipulation, that this case is reopened for the purpose of entering judgment for Plaintiff. The Court will issue a separate judgment.

IT IS SO ORDERED.

**Dated:   September 8, 2010**                    **/s/ Sandra M. Snyder**
                                                                   UNITED STATES MAGISTRATE JUDGE

Stip. to Reopen for Entry of Judgment 1:08-CV-01644-SMS          2